UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2008 FEB -1  A 11: 21
U.S. DISTRICT COURT
BRIDGEPORT, CONN

DANIELA MAIONE
   Plaintiff,

V.

Select Financial Services
   Defendant

CIVIL ACTION NO.
**308CV177 MRK**

DECEMBER 17, 2007

## COMPLAINT

1. Plaintiff seeks relief pursuant to the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. 3 1692; the Connecticut Creditor Collection Practices Act, Conn. Gen. Stat. 3 36a-645 or the Consumer Collection Agency Act, Conn. Gen. Stat. 3 36a-800 and regulations issued there under; and the Connecticut Unfair Trade Practices ("CUTPA"), Conn. Gen. Stat. 3 42-1 10a.

2. The Court's jurisdiction is conferred by 15 U.S.C.1692k and 28 U.S.C. 1331 and 1367.

3. Plaintiff is a natural person who resides in CT.

4. Plaintiff is a consumer within the FDCPA.

5. Defendant is a debt collector within the FDCPA.

6. On or about October 2, 2007 Defendant violated 15 USC §§ 1692e by representing that Defendant has come to a payment agreement with Plaintiff without having had prior discussion, conversation or contact with Plaintiff.

7. Defendant violated 15 U.S.C. §§ 1692g by denying Plaintiff's right of debt validation, by demanding payment within seventeen (17) days of Defendant's first communication.

8. On or about October 11, 2007 an attorney representing Plaintiff notified Defendant of Plaintiff's representation. Defendant violated 15 U.S.C. §§ 1692c by contacting Plaintiff after having reasonable knowledge and notice that Plaintiff was represented by an attorney.

9. Defendant has violated 15 U.S.C.§§ 1692e by stating that there is a court proceeding in the State of Connecticut regarding the Plaintiff's debt. To date, no action has been taken against the Plaintiff.

10. Defendant has violated 15 U.S.C. §§ 1692d by using abusive language and threatening Plaintiff.

11. Defendant has violated Conn. Gen. Stat. 36A 805b in that Defendant attempted to collect a debt in the State of Connecticut in which Defendant is not a registered Debt Collector.

12. In the collection efforts, Defendant violated the FDCPA, *inter alia, section* 1692c,

-d, -e and –g.

**Second Count.**

13. The allegations of the First Count are repeated and realleged as if fully set forth herein.

14. Within three years prior to the date of this action Defendant has engaged in acts

and practices as to plaintiff in violation of the Creditors' Collection Practices Act,

336a-645 *et seq.,* or the Consumer Collection Agency Act, section 36a-800 *et seq.* Conn. Gen.

Stat.

15. Defendant has committed unfair or deceptive acts or practices within the

meaning of the Unfair Trade Practices Act, Conn. Gen. Stat. 42-110a *et seq.*

WHEREFORE plaintiff respectfully requests this Court to:

1. Award plaintiff such damages as are permitted by law, both compensatory and

punitive, including $1,000 statutory damages for each communication against the

defendant;

2. Award the plaintiff costs of suit and a reasonable attorney's fee;

3. Award declaratory and injunctive relief, and such other and further relief as law or

equity may provide.

THE PLAINTIFF

BY *(signature)*

Max L. Rosenberg
Thornberry & Rosenberg
3333 Main Street
Stratford, CT 06614
Tel (203)380-8189
Fax (203)380-8191
Fed. Juris No. ct 05911