UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DANIELA MAIONE, | : |
| Plaintiff, | : |
| v. | : No. 3:08-cv-0177 (MRK) |
| SELECT FINANCIAL SVC, | : |
| Defendant. | : |

**ORDER**

The Complaint [doc. # 1] in this case was filed on February 1, 2008. On July 17, 2008, the Court issued a Notice [doc. # 4] warning that if proof of service of the Complaint was not filed by July 30, 2007, the Court would dismiss the case without prejudice pursuant to *Federal Rule of Civil Procedure* 4(m). There has been no proof of service filed nor any activity at all in the case since the Court issued the Notice. Therefore, the Court **DISMISSES WITHOUT PREJUDICE** the Complaint [doc. # 1] and **the Clerk is directed to close the file.**

IT IS SO ORDERED.

/s/      Mark R. Kravitz
United States District Judge

**Dated at New Haven, Connecticut: August 27, 2008.**